PARID: 162352032000
GLOBAL REALTY MANAGEMENT INC & GRM GROUP INC & VU, KIMBERLY,    42414 CHAMOIS CT

| Owner | |
|---|---|
| Name | GLOBAL REALTY MANAGEMENT INC & GRM GROUP INC & VU, KIMBERLY |
| Care Of | |
| Mailing Address | 42414 CHAMOIS CT |
| | STERLING VA 20166 |
| Instrument Number | 201911150071155 |
| Book | |
| Page | |

*Proof of Ownership "Title/Deed" Recorded State Court Record!*

| Parcel | |
|---|---|
| Primary Address | 42414 CHAMOIS CT |
| Tax Map # | 101///6////12/ |
| State Use Class | Urban Single Family |
| Total Land Area (Acreage) | .24 |
| Total Land Area (SQFT) | |
| Election District | BLUE RIDGE |
| Billing District | Blue Ridge District |
| Billing Split Notes 1 | |
| Billing Split Notes 2 | |
| Special Ad Valorem Tax District | None |
| Special Project District | |
| Living Units | 1 |
| Structure Occupancy | SINGLE FAMILY |
| Condominium Garage Unit or Parking Space | NO |
| Subdivision | WINSBURY |
| Affordable Dwelling Unit (Y/N) | NO: PROPERTY IS NOT ADU. |
| Ag District | |
| Ag District Starting Date | |
| Ag District End Date | |
| Deactivation Status | |

Legal Description

| Legal Description | |
|---|---|
| . | WINSBURY LOT 12 |
| . | 201005030025175 |
| . | 200708200061191P |

General Information

Loudoun County is providing public record information as a public service in accordance with Virginia Code Title 58.1-3122.2 (1998). The Loudoun County Commissioner of the Revenue provides annual valuations and maintenance of fair market values for equitable assessments on all types of real property.

The property information made available on this site includes ownership and deed information, legal description, sales information, assessment values and house characteristics and can be searched by Parcel ID Number, Address and Tax Map Number. The site is updated weekly. Parcels are linked to the Loudoun County GIS, with map overlays displaying boundary and environmental information such as topography, soils, flood plain and major roads.

Condominium garage units or assigned parking spaces associated with condominiums may have separate parcel identification numbers - and may be assessed separately.

Tax History / Payment

Click on the Parcel ID to view its related document
162352032000

2020 Values

Consideration: $0.00 - Tax exempt §58.1-811(D)
Parcel ID No.: 162352032000
Prepared by:
Gary D. Weinstein, Esquire
1513 King Street
Alexandria, VA 22314
VA State Bar No. 8378

After Recording, please return to:
Apex Title and Escrow Corporation
3615 Chain Bridge Rd. # E Fairfax, VA 22030



20181025-0062195
Loudoun County, VA        Pgs:2
10/25/2018 11:35:35 AM
Gary M. Clemons, Clerk

## DEED OF GIFT

THIS DEED made this 24th day of October, 2018, by and between

Duc T. Nguyen and Kimberly Vu, Grantors

And

Global Realty Management Inc., a Virginia Corporation, Grantee

WITNESSETH: That for and in consideration of gift, the GRANTORS do hereby grant, and convey unto the GRANTEE, as in fee simple and with General Warranty and English Covenants of title, the following described land with its improvements in Loudoun County, Virginia:

Lot 12, Winsbury, Parcels A and B, as the same appears duly dedicated, platted and recorded in Instrument No. 20070820-0061190 with the record plats being recorded in Instrument No. 20070820-0061191 and re-recorded in Instrument No. 20080807-0048286, among the land records of Loudoun County, Virginia.

With improvements known as 42414 Chamois Court; Sterling, VA 20166.

AND BEING the same property conveyed to Duc T. Nguyen and Kimberly Vu by Deed from Thuan Q. Ngo, Tam Ngo and Due T. Nguyen. Deed made February 8, 2018 and recorded on February 9, 2018 as Instrument Number 201802090007637 among the Land Records of Loudoun County, Virginia.

SUBJECT TO all covenants, restrictions, easements, and rights-of-way of record.

1 of 2

After Recording, please return to:
Apex Title and Escrow Corporation
3015 Chain Bridge Rd, S E Fairfax, VA 22030

Witness the following signatures and seals:

_____
Duc T. Nguyen

_____
Kimberly Vu

Commonwealth of Virginia;
County of Fairfax, to-wit;

    I, the undersigned Notary Public for the jurisdiction aforesaid, do hereby certify that Duc T. Nguyen and Kimberly Vu, whose names are signed to the foregoing Deed of Gift, acknowledged the same before me in my jurisdiction aforesaid, this 24 day of October, 2018.

_____
Notary Public

My Commission Expires: 11/30/22

PAUL MALDONADO
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES NOV. 30, 2022
COMMISSION # 7781737

Grantees' Address:

42414 Chamois Court
Sterling, VA 20166

2 of 2

Consideration: $0.00 - Tax exempt §58.1-811(D)
Parcel ID No.: 162352032000
Prepared by:
Gary D. Weinstein, Esquire
1513 King Street
Alexandria, VA 22314
VA State Bar No. 8378

After Recording, please return to:
Apex Title and Escrow Corporation
3615 Chain Bridge Rd.,# E Fairfax,VA 22030

20180209-0007637
Loudoun County, VA            Pgs:2
2/9/2018 3:37:47 PM
Gary M. Clemons, Clerk

## DEED OF GIFT

THIS DEED made this 8th day of February, 2018, by and between

Thuan Q. Ngo and Tam Ngo, husband and wife and Duc T. Nguyen, unmarried erroneously referred to of record as married, Grantors

And

Duc T. Nguyen and Kimberly Vu, Grantees

WITNESSETH: That for and in consideration of gift, the GRANTORS do hereby grant, and convey unto the GRANTEES, as Joint Tenant with common law right of survivorship, in fee simple and with General Warranty and English Covenants of title, the following described land with its improvements in Loudoun County, Virginia:

Lot 12, Winsbury, Parcels A and B, as the same appears duly dedicated, platted and recorded in Instrument No. 20070820-0061190 with the record plats being recorded in Instrument No. 20070820-0061191 and re-recorded in Instrument No. 20080807-0048286, among the land records of Loudoun County, Virginia.

With improvements known as 42414 Chamois Court; Sterling, VA 20166.

AND BEING the same property conveyed to Tam Ngo and Duc T. Nguyen by Deed from Haley Cochran and Steven Thomas. Deed made November 23, 2015 and recorded on December 8, 2015 as Instrument Number 20151208-0080856 among the Land Records of Loudoun County, Virginia.

SUBJECT TO all covenants, restrictions, easements, and rights-of-way of record.

1

After Recording, please return to
Apex Title and Escrow Corporation
3615 Chain Bridge Rd., # E; Fairfax, VA 22030

Witness the following signatures and seals:

_____
Tam Ngo

_____
Thuan Q. Ngo

Commonwealth of Virginia;
County of Fairfax, to-wit;

I, the undersigned Notary Public for the jurisdiction aforesaid, do hereby certify that Thuan Q. Ngo and Tam Ngo, whose names are signed to the foregoing Deed of Gift, acknowledged the same before me in my jurisdiction aforesaid, this 8TH day of February, 2018.

_____
Notary Public

My Commission Expires: 08/31/2021



_____
Duc T. Nguyen

Commonwealth of Virginia;
County of Fairfax, to-wit;

I, the undersigned Notary Public for the jurisdiction aforesaid, do hereby certify that Duc T. Nguyen, whose name is signed to the foregoing Deed of Gift, acknowledged the same before me in my jurisdiction aforesaid, this 8TH day of February, 2018.

_____
Notary Public

My Commission Expires: 08/31/2021

Grantees' Address:

42414 Chamois Court
Sterling, VA 20166

2

Consideration: $690,000.00
Assessed Value: $673,490.00
Tax Map No: 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-000
Grantees' Address:
42414 CHAMOIS COURT
STERLING, VA 20166

Document Prepared By:
Law Office of Luisa M. White, PLLC
Luisa Miranda White, Esq.; VSB No. 72206
File No. TCVA15-265; #11-15-10  RTS
Underwriter: First American Title Insurance Company

**This Deed**, made this November 23, 2015, by and between HALEY COCHRAN, __married, and STEVEN THOMAS, __married, Grantors, and TAM NGO, unmarried, and DUC T NGUYEN, ✓ married, Grantees.

20151208-0080856
Loudoun County, VA      Pgs: 2
12/08/2015 3:12:33PM Grantor Tax Pd
Gary M Clemens, Clerk          $690.00

- **Witnesseth** -

**That for and in consideration** of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, receipt of which is hereby acknowledged, the Grantors do hereby grant, bargain, sell and convey, in fee simple, with GENERAL WARRANTY and English Covenants of title, unto the Grantees, as joint tenants with right of survivorship, all the following-described lot or parcel of land together with improvements thereon, situate, lying and being in the **County of Loudoun**, Commonwealth of Virginia:

> Lot 12, Winsbury, Parcels A and B, as the same appears duly dedicated, platted and recorded in Instrument No. 20070820-0061190 with the record plats being recorded in Instrument No. 20070820-0061191 and re-recorded in Instrument No. 20080807-0048286, among the land records of Loudoun County, Virginia.
>
> BEING the same property conveyed to Haley Cochran and Steven Thomas from Richmond American Homes of Virginia, Inc., by Deed dated April 29, 2010, and recorded on May 3, 2010, as Instrument No. 20100203-0025175.

**This conveyance** is made expressly subject to the easements, conditions, restrictions, and rights-of-way of record contained in the instruments forming the chain of title to the property conveyed herein and to matters visible upon inspection.

1

𝕿𝖍𝖊 𝕲𝖗𝖆𝖓𝖙𝖔𝖗𝖘 covenant that they are seized in fee simple of the property herein conveyed, have the right to convey the said land to the Grantees and have done no act to encumber the lands. The Grantors covenant that the Grantees shall have quiet possession of the land free from all encumbrances, except as mentioned herein, and that they, the Grantors, will execute such further assurances of the lands as may be requisite.

𝖂𝖎𝖙𝖓𝖊𝖘𝖘 the following signatures and seals.

_____(SEAL)
HALEY COCHRAN

_____(SEAL)
STEVEN THOMAS

COMMONWEALTH OF VIRGINIA } ss
COUNTY OF Loudoun }

I, undersigned, a Notary Public for the jurisdiction aforementioned, do certify that HALEY COCHRAN and STEVEN THOMAS, whose names are signed to the foregoing document, acknowledged the same before me in my jurisdiction aforesaid, this 23 day of November, 2015.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Melody McDaniel
Notary Public

My Commission Expires: May 31, 2016
154258

After recording, please return to:
Realty Title of Tysons, Inc.
8230 Boone Blvd., Suite 330
Vienna, VA 22182

Reserved for Recording Clerk:

2